UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COURDE V. PUKANECZ,<br>　　　　Plaintiff,<br><br>　v.<br><br>BARTA TRANSIT AUTHORITY and<br>EASTON COACH COMPANY,<br>　　　　Defendants | :<br>:<br>:<br>:  　No. 5:20-cv-00561<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 24th day of June, 2020, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendants' Motion to Dismiss, ECF No. 8, is **GRANTED in part**.[1]

2. The Complaint is **DISMISSED without prejudice**.

3. **Within twenty days of the date of this Order**, Plaintiff may, consistent with the Opinion, file an amended complaint.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Contrary to Defendants' arguments in the Motion to Dismiss, to the extent Count One is based on failure to accommodate, Pukanecz has stated a claim for relief. However, because of the jurisdictional defect, the Complaint is dismissed with leave to amend.